IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PRIDE MOBILITY PRODUCTS CORPORATION, | : | Case No.: 4:05CV807 |
| Plaintiff | : | Judge Jones |
| v | : | |
| DEWERT MOTORIZED SYSTEMS, et al., | : | |
| Defendants | : | |

**MEMORANDUM AND ORDER**

July 13, 2005

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Pending before the Court is a Motion to Dismiss Pursuant to Federal Rules 12(c) and 12(h)(2) ("the Motion") (doc. 13) filed by Defendant Allianz Global Risks US Insurance Company ("Allianz") on June 7, 2005. On July 13, 2005, the Court held a telephonic conference call to address a dispute between the parties as to whether the excess policy of insurance issued by Allianz to its insureds, Phoenix Mecano, Inc. ("Phoenix Mecano") and Dewert Motorized Systems ("Dewert") ("Dewert/Phoenix Mecano excess policy") is relevant to the pending Motion and is therefore necessary to produce.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. Defendant Allianz Global Risks US Insurance Company shall provide Plaintiff with the Dewert/Phoenix Mecano excess insurance policy within five (5) days of the date of this Order.

2. Within five (5) days of Plaintiff's receipt of the Dewert/Phoenix Mecano excess insurance policy, Plaintiff shall either submit a brief in opposition to the pending Motion or shall move to amend its complaint.

S/ John E. Jones III
John E. Jones III
United States District Judge
