IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRIDE MOBILITY PRODUCTS CORP. : | CIVIL ACTION NO |
| Plaintiff, : | 4:CV-05-807 |
| v. : | |
| : | Judge John E. Jones III |
| DEWERT MOTORIZED SYSTEMS, et al., : | |
| Defendants, : | |
| PHOENIX MECANO, INC., : | |
| Defendant/Third Party : | |
| Plaintiff, : | |
| v. : | |
| STEADFAST INSURANCE : | |
| COMPANY, et al. : | |
| Third Party Defendants, : | |

STIPULATION AND ORDER FOR EXTENSION OF TIME
TO RESPOND TO WRIGHT-GARDNER INSURANCE, INC.'S
MOTION FOR LEAVE TO FILE A THIRD PARTY COMPLAINT

It is stipulated and agreed by and between third party defendant, Wright-Gardner Insurance, Inc. ("Wright-Gardner") and third party defendant, Steadfast

Insurance Company ("Steadfast"), through their counsel, that the time within which Steadfast may file its opposition to Wright-Gardner's motion for leave to file a third party complaint against Zurich American Insurance Company, Royal Indemnity Company and Ace American Insurance Company in this matter shall be extended by fourteen (14) days, from June 2, 2006 to June 16, 2006. One previous extension has been granted with regard to this motion.

| | |
|---|---|
| _____ | _____ |
| Daniel J. Layden | Jeffrey S. Adler |
| DLA Piper Rudnick Gray Cary, LLP | Burns, White & Hickton |
| One Liberty Place, Suite 4900 | 531 Plymouth Road, Suite 500 |
| 1650 Market Street | Plymouth Meeting, PA  19462 |
| Philadelphia, PA  10193 | (610) 832-1111 |
| (215) 656-3330 | (610) 941-1060 (fax) |
| (215) 656-3301 (fax) | |
| | |
| Attorneys for third party defendant, | Attorneys for third party defendant, |
| Steadfast Insurance Company | Wright-Gardner Insurance, Inc. |

Dated:  June 2, 2006.

**SO ORDERED** this 5th day of June, 2006.

_____
**Judge John E. Jones III
United States District Court
Middle District of Pennsylvania**

2